**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | | |
|---|---|---|
| IN RE: | : | |
| SARA M. KEENAN | : | BK. No. 19-11985-jkf |
| **Debtor** | : | |
| | : | Chapter No. 13 |
| WELLS FARGO BANK, N.A. | : | |
| **Movant** | : | |
| v. | : | |
| SARA M. KEENAN | : | |
| DENNIS KEENAN (NON-FILING CO-DEBTOR) | : | 11 U.S.C. §362 AND §1301 |
| | : | |
| **Respondents** | : | |

**MOTION OF WELLS FARGO BANK, N.A. FOR RELIEF FROM AUTOMATIC STAY UNDER §362 AND CO-DEBTOR STAY UNDER §1301 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001**

Movant, by its attorneys, PHELAN HALLINAN DIAMOND & JONES, LLP, hereby requests a termination of Automatic Stay and Co-Debtor Stay and leave to foreclose on its mortgage on real property owned by SARA KEENAN, and NON-FILING CO-DEBTOR, DENNIS KEENAN.

1. Movant is **WELLS FARGO BANK, N.A.**

2. Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

3. DEBTOR SARA KEENAN, and NON-FILING CO-DEBTOR, DENNIS KEENAN, are the owners of the premises located at **8716 MACON STREET, PHILADELPHIA, PA 19152-1513**, hereinafter known as the mortgaged premises.

4. Movant is the holder of a mortgage on the mortgaged premises.

5. Debtor's failure to tender monthly payments in a manner consistent with the terms of the Mortgage and Note result in a lack of adequate protection.

6. Movant wishes to institute foreclosure proceedings on the mortgage because of Debtor's failure to make the monthly payment required hereunder.

7. The foreclosure proceedings to be instituted were stayed by the filing of the

instant Chapter 13 Petition.

8. As of September 30, 2019, Debtor has failed to tender post-petition mortgage payments for the bi-weekly payments from June 24, 2019, through September 30, 2019. The bi-weekly payment amount for the payments due from of June 24, 2019, through September 30, 2019, is $518.64 each, less suspense in the amount of $445.60, for a total amount due of $3,703.52. The next payment is due on or before October 14, 2019 in the amount of $518.64. Under the terms of the Note and Mortgage, Debtor has a continuing obligation to remain current post-petition and failure to do so results in a lack of adequate protection to Movant.

9. Movant, **WELLS FARGO BANK, N.A.,** requests the Court award reimbursement in the amount of $1,031.00 for the legal fees and costs associated with this Motion.

10. Movant additionally seeks relief from the Co-Debtor Stay under §1301(c) (if applicable) in the instant case, as the continuation of the co-debtor stay causes irreparable harm to the Movant. Movant may be barred from moving forward with its state court rights under the terms of the mortgage without relief from the Co-Debtor Stay.

11. Movant has cause to have the Automatic Stay and Co-Debtor Stay terminated as to permit Movant to complete foreclosure on its mortgage.

12. Movant specifically requests permission from the Honorable Court to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law.

13. Movant requests that if relief is granted that Federal Rule of Bankruptcy Procedure 3002.1 be waived.

**WHEREFORE**, Movant respectfully requests that this Court enter an Order;

a. Modifying the Automatic Stay under Section 362 and Co-Debtor Stay under Section 1301 with respect to **8716 MACON STREET, PHILADELPHIA, PA 19152-1513** (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors and assignees, to proceed with its rights under the terms of said

Mortgage; and

      b.      That relief from any Co-Debtor Stay (if applicable) is hereby granted; and

      c.      Movant specifically requests permission from this Honorable Court to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and

      d.      Waiving Federal Rule of Bankruptcy Procedure 3002.1; and

      e.      Granting any other relief that this Court deems equitable and just.

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com

October 16, 2019