# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | | |
|---|---|---|
| IN RE: | : | |
| SARA M. KEENAN | : | BK. No. 19-11985-jkf |
| Debtor | : | |
| | : | Chapter No. 13 |
| WELLS FARGO BANK, N.A. | : | |
| Movant | : | |
| v. | : | |
| SARA M. KEENAN | : | |
| DENNIS KEENAN (NON-FILING CO-DEBTOR) | : | 11 U.S.C. §362 AND §1301 |
| | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Motion of **WELLS FARGO BANK, N.A.** for Relief from the Automatic Stay and Co-Debtor Stay and Notice of Hearing by electronic means on October 16, 2019.

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

BRAD J. SADEK, ESQUIRE
1315 WALNUT STREET
SUITE 502
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

SARA M. KEENAN
8716 MACON STREET
PHILADELPHIA, PA 19152

DENNIS KEENAN (NON-FILING CO-DEBTOR)
8716 MACON STREET
PHILADELPHIA, PA 19152-1513

October 16, 2019

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com